United States District Court

Eastern District of California

James L. Brooks,

       Plaintiff,                  No. Civ. S 03-2343 DFL PAN P

  vs.                           Order

Edward S. Alameida, Jr., et al.,

       Defendants.

-oOo-

April 15, 2005, plaintiff requested an extension of time to file an amended complaint. Good cause appearing, plaintiff's request is granted and time is extended until June 1, 2005.

So ordered.

Dated: April 26, 2005.

                                       /s/ Peter A. Nowinski
                                       PETER A. NOWINSKI
                                       Magistrate Judge