United States District Court

Eastern District of California

James L. Brooks,

        Plaintiff,                    No. Civ. S 03-2343 DFL PAN P

   vs.                             Order

Edward S. Alameida, Jr., et al.,

        Defendants.

-oOo-

    Good cause appearing, time for plaintiff to amend his complaint is extended until July 6, 2005.

    So ordered.

    Dated:  June 2, 2005.

                                  /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge