United States District Court

Eastern District of California

James L. Brooks,

        Plaintiff,                    No. Civ. S 03-2343 DFL PAN P

  vs.                            Order

Edward S. Alameida, Jr., et al.,

        Defendants.

-oOo-

    Plaintiff is a state prisoner without counsel litigating a civil rights action.

    The complaint states cognizable claims for relief and is appropriate for service upon all defendants.

    Accordingly, the court hereby orders that:

    1.  Service is appropriate for defendants Alameida, Hubbard, Runnels, Wagner, Jackson, Spirk, Johnson, Haak, Gamberg, Apple, Dusenbery, Campbell, Brogon, Pontarolo, Roche, Watson, Rohlfing and Stovall.

1    2.  The Clerk of the Court shall send plaintiff 18 USM-285
2 forms, one summons, an instruction sheet and one copy of the July
3 11, 2005, pleading.
4    3.  Within 30 days from service of this order, plaintiff
5 shall complete the attached Notice of Submission of Documents and
6 submit it to the court with the completed summons and USM-285
7 forms and 19 copies of the July 11, 2005, pleading.
8    4.  Upon receipt of the necessary materials, the court will
9 direct the United States Marshal to serve defendants pursuant to
10 Federal Rule of Civil Procedure 4 without payment of costs.
11    Dated: July 21, 2005.

                                   /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
                                   Magistrate Judge

United States District Court

Eastern District of California

| | | |
|---|---|---|
| James L. Brooks, | | |
| | Plaintiff, | No. Civ. S 03-2343 DFL PAN P |
| vs. | | Notice of Submission of Documents |
| Edward S. Alameida, Jr., et al., | | |
| | Defendants. | |

-oOo-

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    \_\_\_\_ completed summons form

    \_\_\_\_ completed forms USM-285

    \_\_\_\_ copies of the _____
                        Amended Complaint

Dated: _____

                                  _____
                                  Plaintiff