United States District Court

Eastern District of California

James L. Brooks,

     Plaintiff,                  No. Civ. S 03-2343 DFL PAN P

  vs.                       Order

Edward S. Alameida, Jr., et al.,

     Defendants.

-oOo-

November 8, 2005, defendants requested an extension of time to respond to the pleading. Good cause appearing, defendant's request is granted and time is extended until December 8, 2005.

So ordered.

Dated: November 10, 2005.

                                   /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
                                   Magistrate Judge