1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JAMES L. BROOKS,

11              Plaintiff,              No. CIV S-03-2343 DFL PAN P

12         vs.

13    EDWARD S. ALAMEIDA, JR., et al.,

14              Defendants.             <u>ORDER</u>

15    _____/

16              Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff

17    seeks relief pursuant to 42 U.S.C. § 1983.

18              On August 23, 2005, the court ordered the United States Marshal to serve the

19    complaint on defendants.  Process directed to defendant Watson was returned unserved because

20    the United States Marshal was unable to locate said defendant with the information provided.  On

21    July 5, 2006, plaintiff filed a request for a further order to the United States Marshal to serve

22    defendant Watson, or to substitute the person who has replaced Dr. Watson at High Desert State

23    Prison (High Desert)  if, as indicated on the return of service, Dr. Watson is no longer at High

24    Desert.  The claim raised against Dr. Watson is personal to said defendant, and plaintiff seeks

25    money damages on the claim.  There are no grounds in the record that support substitution of

26    another physician at High Desert as a defendant in this action.  Plaintiff will, however, be given

1

an opportunity to seek, and then to provide, additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk of the Court is directed to send to plaintiff one USM-285 forms, along with an instruction sheet and a copy of the amended complaint filed July 11, 2005;

2.  Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

a.  One completed USM-285 form for defendant Watson;

b.  Two copies of the endorsed amended complaint filed July 11, 2005; and

c.  One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: August 28, 2006.

UNITED STATES MAGISTRATE JUDGE

12
broo2343.8e

2

1

2

3

4

5

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10 JAMES L. BROOKS,

11              Plaintiff,              No. CIV S-03-2343 DFL PAN P

12    vs.

13 EDWARD S. ALAMEIDA, JR., et al.,    <u>NOTICE OF SUBMISSION</u>

14                                         <u>OF DOCUMENTS</u>

15              Defendants.

16 _____/

17              Plaintiff hereby submits the following documents in compliance with the court's

18 order filed _____:

19             _____      completed summons form

20             _____      completed USM-285 forms

21             _____      copies of the _____

22 DATED:                           Amended Complaint

23

24                                   _____

25                                  Plaintiff

26