IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. BROOKS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EDWARD S. ALAMEIDA, JR., et al.,<br><br>　　　　Defendants. | )<br>)  CASE NO. CIV S 03-2343 DFL EFB P<br>)<br>)<br>)<br>)<br>)<br>)<br>)  ORDER |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On February 14, 2007, defendant Rohlfing filed a request for an extension of time in which to file a motion for summary judgment. On March 2, 2007, defendant filed his motion for summary judgment. Defendant's request for an extension of time is granted and defendant's motion for summary judgment is deemed timely filed. Plaintiff shall file his opposition in accordance with the court's August 23, 2005, order.

　　　So ordered.

Dated: March 14, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE