IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. BROOKS,

      Plaintiff,                     No. CIV S-03-2343 DFL EFB P

    vs.

EDWARD S. ALAMEIDA, JR., et al.,

      Defendants.         ORDER

         Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve an opposition to defendant's March 2, 2007, motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

         Plaintiff's April 5, 2007, request is granted and plaintiff shall file and serve an opposition to defendant's March 2, 2007, motion for summary judgment within thirty days.

         So ordered.

Dated: April 27, 2007.

                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE