IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. BROOKS,

     Plaintiff,                         No. CIV S-03-2343 DFL EFB P

     vs.

EDWARD S. ALAMEIDA, JR., et al.,

     Defendants.               ORDER

                             /

     Plaintiff is a state prisoner prosecuting this civil rights action without counsel. Pursuant to the September 13, 2006, schedule, plaintiff's pretrial statement is due on or before May 18, 2007, defendants' pretrial statement is due on or before June 1, 2007, pretrial conference is set for June 8, 2007, and trial is set for August 27, 2007.

     It is apparent that this schedule cannot reasonably be met given that defendant Rohlfing's motion for summary judgment is pending. Accordingly, the above dates are vacated. *See* Fed. R. Civ. P. 16(b). Upon resolution of the pending motion the court will set new dates, if appropriate.

     So ordered.

Dated: May 16, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE