IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. BROOKS,

    Plaintiff,                    No. CIV S-03-2343 RRB EFB P

    vs.

EDWARD S. ALAMEIDA, JR., et al.,

    Defendants.            <u>ORDER</u>

        The court's August 17, 2007, order provided two schedules under which defendant Rohlfing was to respond to plaintiff's discovery request. That order is now AMENDED to clarify that defendant Rohlfing shall respond to plaintiff's discovery requests by answering plaintiff's first set of interrogatories and producing the requested documents for inspection within twenty (20) days from the date this order is filed.

        So ordered.

Dated: August 17, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE