IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES L. BROOKS,** | Case No.:  2:03-CV-02343 RRB-EFB |
| Plaintiff, | **ORDER GRANTING  DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| **v.** | |
| **EDWARD S. ALAMEIDA, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On September 6, defendants Roche, Alameida, Hubbard, and Runnels filed a request for an extension of time within which to file an answer to plaintiff's amended complaint.

Good cause appearing,  IT IS HEREBY ORDERED that defendants' request is granted and defendants have until September 27, 2007 to file their responsive pleading.

So Ordered.

DATED:  September 12, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE