IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES L. BROOKS,**<br><br>                               Plaintiff,<br><br>   v.<br><br>**EDWARD S. ALAMEIDA, et al.,**<br><br>                               Defendants. | Case No.:  2:03-CV-02343 RRB EFB P<br><br>**ORDER GRANTING  DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |

Defendants' first request for an extension of time to respond to plaintiff's discovery requests was considered by this court, and good cause appearing.

IT IS HEREBY ORDERED that defendants have until March 14, 2008 to serve their responses.

DATED: March 7, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1