IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. BROOKS,

      Plaintiff,                       No. CIV S-03-2343 RRB EFB P

      vs.

EDWARD S. ALAMEIDA, et al.,

      Defendants.               <u>ORDER</u>

_____/

      On March 10, 2008, defendant filed a response to plaintiff's first set of interrogatories. Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250(c).

      Defendants have requested a third extension of time in which to respond to plaintiff's discovery requests. Good cause appearing, defendants' request is granted. The court does not intend to grant any future requests for extensions of time.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' March 10, 2008, response to plaintiff's first set of interrogatories is stricken and the Clerk of the Court shall make a notation on the docket to that effect.

2. Defendants' April 4, 2008, motion for an extension of time is granted. Defendants have 30 additional days from the date this order is served in which to respond to plaintiff's discovery requests.

So ordered.

DATED: April 8, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE