IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. BROOKS,

        Plaintiff,                    No. CIV S-03-2343 JAM EFB P

    vs.

EDWARD S. ALAMEIDA, et al.,

        Defendants.              ORDER

_____/

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendants have requested an extension of time to file and serve a motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

        Defendants' May 16, 2008, request is granted and defendants have until June 15, 2008, to file and serve a motion for summary judgment.

        So ordered.

Dated: May 22, 2008.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE