IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. BROOKS,

      Plaintiff,                       No. CIV S-03-2343 JAM EFB P

      vs.

EDWARD S. ALAMEIDA, et al.,

      Defendants.               ORDER

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve an opposition to defendant's May 5, 2008, motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's May 30, 2008, request is granted and plaintiff has 30 days from the date this order is served to file and serve an opposition to defendant's May 5, 2008, motion for summary judgment.

      So ordered.

DATED: June 12, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE