IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. BROOKS,

       Plaintiff,                      No. CIV S-03-2343 JAM EFB P

      vs.

EDWARD S. ALAMEIDA, et al.,

       Defendants.               <u>ORDER</u>

_____/

      On May 2, 2008, plaintiff filed a motion in limine seeking to exclude from trial evidence of his prior and/or current convictions or arrests. On May 13, 2008, defendant Rohlfing filed an opposition brief.

      The motion is premature. If and when a pretrial order issues later in these proceedings, a briefing schedule will be set with respect to motions in limine, such as this motion.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's May 2, 2008, motion in limine is denied without prejudice as premature.

DATED: January 28, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE