IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. BROOKS,

    Plaintiff,                 No. CIV S-03-2343 JAM EFB P

    vs.

EDWARD S. ALAMEIDA, et al.,

    Defendants.             <u>ORDER</u>

                                /

    Plaintiff is a prisoner without counsel in an action brought under 42 U.S.C. § 1983. On February 26, 2009, plaintiff requested an extension of time to file and serve objections to the February 10, 2009 findings and recommendations. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that plaintiff's February 26, 2009 motion is granted and plaintiff shall file and serve his objections to the February 10, 2009 findings and recommendations on or before March 17, 2009. The court will not grant any further extensions of time.

DATED: March 2, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE