IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. BROOKS,

      Plaintiff,                   No. CIV S-03-2343 JAM EFB P

      vs.

EDWARD S. ALAMEIDA, et al.,

      Defendants.           <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On June 1, 2009, plaintiff filed a document styled "motion for reconsideration," which the court construes as a motion for discovery sanctions against defendants.  Plaintiff appears to contend that counsel for defendants has not made available to plaintiff the complete contents of his central file, nor has counsel for defendants provided plaintiff with defendant Runnels' responses to plaintiff's request for interrogatories, notwithstanding the facts that counsel for defendants represented to the court that such discovery would be provided to plaintiff, and that the court relied upon those representations in its April 30, 2009 order denying plaintiff's motions to compel discovery responses.

////

////

1

1   Defendant are ordered to respond to plaintiff's motion. Defendants shall file their
2   response no later than seven calendar days from the date of this order.
3   Dated: June 25, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2