IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. BROOKS,<br><br>    Plaintiff,<br><br>vs.<br><br>EDWARD S. ALAMEIDA, et al.,<br><br>    Defendants.<br>_____/ | No. CIV S-03-2343 JAM EFB P<br><br><br><br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  This case will be referred to Magistrate Judge Kendall J. Newman to conduct a settlement conference on May 11, 2010, at 9:00 a.m. in Courtroom No. 25.  A separate order and writ of habeas corpus ad testificandum issues concurrently.

    In accordance with the above,  IT IS HEREBY ORDERED that:

    1. This case is set for settlement conference before Magistrate Judge Newman on May 11, 2010, at 9:00 a.m. at the U.S. District Court, 501 I Street, Sacramento, in Courtroom No. 25.

    2. The parties are to appear with full settlement authority.

////

////

3. The parties are to provide confidential settlement conference statements to Sujean Park, ADR and Pro Bono Program Director, 501 I Street, Suite 4-200, Sacramento, California 95814, or via email at spark@caed.uscourts.gov, to be received no later than May 4, 2010.

DATED:   March 23, 2010.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE