## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

JAMES L. BROOKS,

        Plaintiff,                No. CIV S-03-2343 JAM EFB P

vs.

EDWARD S. ALAMEIDA, et al.,

        Defendants.         ORDER & WRIT OF HABEAS CORPUS
                                                  /        AD TESTIFICANDUM

        James L. Brooks, inmate # H-51514, a necessary and material witness in proceedings in this case on May 11, 2010, is confined in California State Prison, Los Angeles County (LAC), 44750 60th Street West, Lancaster, California, 93536, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom No. 25, United States Courthouse, 501 I Street, Sacramento, California on Tuesday, May 11, 2010 at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the conference or as ordered by Judge Newman; and

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, LAC, 44750 60th Street West, Lancaster, California, 93536:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: March 23, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE