IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. BROOKS,

      Plaintiff,                              No. CIV S-03-2343 JAM EFB P

    vs.

EDWARD S. ALAMEIDA, et al.,

      Defendants.                          <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On May 28, 2010, plaintiff submitted a confidential settlement conference statement as directed by the court on March 24, 2010 and May 10, 2010.  The court will therefore reschedule a settlement conference in this action.

      This case will be referred to Magistrate Judge Kendall J. Newman to conduct a settlement conference on September 27, 2010, at 9:00 a.m. in Courtroom No. 25.  A separate order and writ of habeas corpus ad testificandum issues concurrently.

      In accordance with the above,  IT IS HEREBY ORDERED that:

      1. This case is set for settlement conference before  Magistrate Judge Kendall J. Newman on September 27, 2010, at 9:00 a.m. at the U.S. District Court, 501 I Street, Sacramento, in Courtroom No. 25.

1

2. The parties are to appear with full settlement authority.

3. The parties are directed to exchange non-confidential settlement statements seven days prior to this settlement conference. These statements shall simultaneously be delivered to the court using the following email address: kjnorders@caed.uscourts.gov. Plaintiff shall either mail or deliver his settlement statement to the Clerk's Office, located on the 4th Floor. If a party desires to share additional confidential information with the court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).

DATED: June 23, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2