IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. BROOKS,

        Plaintiff,                No. CIV S-03-2343 JAM EFB P

    vs.

EDWARD S. ALAMEIDA, et al.,

        Defendants.           ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Defendants move to amend the scheduling order and extend the time for filing a dispositive motion. Dckt. No. 175. Along with their request, defendants have also filed a motion for summary judgment. Dckt. No. 176. Plaintiff opposes defendants' request and asks that this action proceed to trial. Dckt. No. 183. After reviewing the request and the evidence offered in support thereof, IT IS HEREBY ORDERED that:

      1. Defendants' request for leave to file a dispositive motion is granted and the November 17, 2010 motion for summary judgment is deemed timely; and

////

////

////

1

1  2. Plaintiff shall file an opposition or statement of no opposition to defendants' motion
2 within 30 days of the service of this order.
3 DATED: March 2, 2011.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2